IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ARTHUR L CRAIG ) | |
| ) | |
| ) | |
| CITIFINANCIAL MORTGAGE, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 08B03621 |
| ) | JUDGE JACQUELINE P. COX |
| ARTHUR L CRAIG, ) | |
| Debtor, ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Citifinancial Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 5, 2009.

   a. Attorney's Fees                $250.00

   b. Two payments: May 2009 @    $1,178.37

                   June 2009 @    $1,178.37

   Total                          $2,606.74

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within

thirty days of this notice, Citifinancial Mortgage rights to collect these amounts will remain unaffected.

                                              Respectfully Submitted,
                                              Citifinancial Mortgage

                                             <u>/s/Dana N. O'Brien</u>
                                             Dana N. O'Brien
                                             ARDC#6256415

                                             Pierce and Associates, P.C.
                                             1 North Dearborn Street
                                             Suite 1300
                                             Chicago, Illinois 60602
                                             (312)346-9088